# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNETT R. MOREL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00831 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 7) |

The plaintiff reports he has come to terms of settlement with the defendant. (Doc. 7) They indicate they will seek dismissal of the action soon. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than October 23, 2020**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　Dated:　**August 19, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE